# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1274. ROBERT D. WHIGHAM v. STATE OF GEORGIA.**

Robert Whigham filed this direct appeal from the superior court's order denying his petition for removal from the sex offender registry under OCGA § 42-1-19.  We lack jurisdiction.

"Appeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal.  See OCGA § 5-6-35 (a) (5.2), (b).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Whigham's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/22/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.  *Stephen E. Castlen*